OPINION — AG — ** SALES TAX PERMIT — ISSUANCE — BUSINESS ** 68 O.S. 1364 [68-1364](F) PROHIBITS THE OKLAHOMA TAX COMMISSION FROM ISSUING A NEW SALES TAX PERMIT TO THE PURCHASER OF ANY ONGOING BUSINESS OR CONCERN UNTIL ALL CLAIMS FOR ANY UNPAID AND ACCRUED SALES TAX ARISING FROM THE PRIOR OPERATION OF THE BUSINESS OR CONCERN HAVE BEEN SETTLED. (TAX LIABILITY, COLLECTION, SELLER) CITE: 68 O.S. 1364 [68-1364](F), 68 O.S. 1350 [68-1350], 68 O.S. 1361 [68-1361](A), 68 O.S. 1364 [68-1364], 68 O.S. 1364 [68-1364](D) (WILLIAM D. LAFORTUNE) (SUCCESSOR LIABILITY — TAXATION — SALES TAX) SEE: 781 P.2d 1192
(1989), APPLICATION OF CARTON SOUTHWEST INC.